1084

Gwyneth HELBUSH, Appellant, v. Herman
H. HELBUSH, Appellee.

No. 6447.

Circuit Court of Appeals, Ninth Circuit.

Oct. 30, 1931.

Harry I. Stafford, of San Francisco, Cal.,
and George Clark, of Los Angeles, Cal., for
appellant.

Sullivan, Roche, Johnson & Barry and
Hiram W. Johnson, all of San Francisco,
Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Upon consideration of briefs of respective parties, ordered appeal affirmed.

HONG MUN WAY, Appellant, v. John D.
NAGLE, Commissioner of Immigration,
Port of San Francisco, Appellee.

No. 6527.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to oral motion of counsel for
appellant, ordered appeal dismissed; mandate forthwith.

E. A. LYNCH, as Trustee in Bankruptcy of Estate of Earl L. White, Corporation, Limited,
Bankrupt, Appellant, v. CITIZENS' NAT.
TRUST & SAVINGS BANK, Appellee.

No. 6617.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for
respective parties, ordered appeal dismissed
without costs; mandate forthwith.

Joseph MILLER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary,
Atlanta, Georgia, Appellee.

No. 6193.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1931.

Joseph Miller, in pro. per.

Clint W. Hager, U. S. Atty., and Hal
Lindsay, Asst. U. S. Atty., both of Atlanta,
Ga., for appellee.

Before BRYAN, HUTCHESON, and
WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.